# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jeffrey Lee Stough, | Case No. 26-12434 |
| | Chapter 13 |
| *Debtor*. | |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on June 4, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 4, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service – CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee (TBD)**

## Method of Service - First Class Mail

**Bank of America**
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

**Barclays Bank Delaware**
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Chase Card Services**
Po Box 15298
Wilmington, DE 19850-5298

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Mercury/Fbt**
Attn: Bankruptcy
PO Box 84064
Columbus, GA 31908

**Mohela/dofed**
Po Box 300001
Greenville, TX 75403

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Synchrony Bank**
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247

**Upst/Drb**
DR Bank Loan Operations
Attn: Bankruptcy
P.O. Box 1503
San Carlos, CA 94070

**USAA Federal Savings Bank**
c/o Robertson, Anschutz, Schneid Crane & Partners, PLLC
6409 Congress Ave Ste 100
Boca Raton, FL 33487-2853