| | | | |
|---|---|---|---|
| BR ME | CO N4Y | FILE ███ | |

**OVERBROOK SCHOOL FOR THE BLIND**

**Overbrook School For The Blind**
6333 Malvern Ave
Philadelphia, PA, 19151

**Earnings Statement**

Page 1 of 1

| | |
|---|---|
| Pay Period: | 04/01/2026 - 04/15/2026 |
| Pay Date: | 04/15/2026 |
| Basis Of Pay: | Salaried (Semi Monthly) |
| Employee ID: | ███ |

### Earnings Summary

| Gross Pay | Taxes & Deductions | Net Pay |
|---|---|---|
| **$3,713.41** | **$1,278.58** | **$2,434.83** |
| $24,750.27 YTD | | $16,310.37 YTD |

**STOUGH, JEFFREY L**
20 E OAKLAND AVENUE
APT 2E
DOYLESTOWN, PA, 18901

| Earnings | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 58.2300 | | 3,713.41 | 24,750.27 |

| Payment Method | | | | |
|---|---|---|---|---|
| Checking Account ****3923 | | | 2,434.83 | |

| Important Information | Help? Call HR/PR 412-848-7006 |
|---|---|
| * Excluded from federal wages. | |
| Federal taxable wages this period are:**$3,432.78** | |

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$993.95** | **$6,540.76** |
| Federal Income Tax | 466.13 | 3,022.84 |
| Social Security | 230.10 | 1,533.60 |
| Medicare | 53.81 | 358.66 |
| Pennsylvania Income Tax | 113.94 | 759.40 |
| Philadelphia City NR | 127.37 | 848.93 |
| Pennsylvania SUI | 2.60 | 17.33 |
| **Benefits** | **$284.63** | **$1,899.14** |
| 401(a) Pre-Tax | 278.51 | 1,856.30 |
| Dental* | 2.12 | 14.84 |
| Supp Life Ins | 4.00 | 28.00 |

©2023 ADP INC.

| | |
|---|---|
| Advice Number: | 0000001852 |
| Advice Date: | 04/15/2026 |

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******

## OVERBROOK SCHOOL FOR THE BLIND

**Overbrook School For The Blind**
6333 Malvern Ave
Philadelphia, PA, 19151

**Earnings Statement**

| | |
|---|---|
| Pay Period: | 04/16/2026 - 04/30/2026 |
| Pay Date: | 04/30/2026 |
| Basis Of Pay: | Salaried (Semi Monthly) |
| Employee ID: | |

Page 1 of 1

### Earnings Summary

| Gross Pay | Taxes & Deductions | Net Pay |
|---|---|---|
| **$3,713.41** | **$1,278.59** | **$2,434.82** |
| $28,463.68 YTD | | $18,745.19 YTD |

**STOUGH, JEFFREY L**
20 E OAKLAND AVENUE
APT 2E
DOYLESTOWN, PA, 18901

| Earnings | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 58.2300 | | 3,713.41 | 28,463.68 |

**Payment Method**

| | | | |
|---|---|---|---|
| Checking Account ****3923 | | | 2,434.82 |

| Important Information | Help? Call HR/PR 412-848-7006 |
|---|---|
| * Excluded from federal wages.<br>Federal taxable wages this period are:**$3,432.78** | |

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$993.96** | **$7,534.72** |
| Federal Income Tax | 466.13 | 3,488.97 |
| Social Security | 230.10 | 1,763.70 |
| Medicare | 53.82 | 412.48 |
| Pennsylvania Income Tax | 113.94 | 873.34 |
| Philadelphia City NR | 127.37 | 976.30 |
| Pennsylvania SUI | 2.60 | 19.93 |
| **Benefits** | **$284.63** | **$2,183.77** |
| 401(a) Pre-Tax | 278.51 | 2,134.81 |
| Dental* | 2.12 | 16.96 |
| Supp Life Ins | 4.00 | 32.00 |

©2023 ADP INC.

| | |
|---|---|
| Advice Number: | 0000002052 |
| Advice Date: | 04/30/2026 |

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID ********

**Earnings Statement**

Page 1 of 1

| | |
|---|---|
| Pay Period: | 05/01/2026 - 05/15/2026 |
| Pay Date: | 05/15/2026 |
| Basis Of Pay: | Salaried (Semi Monthly) |
| Employee ID: | ▮ |

**OVERBROOK SCHOOL FOR THE BLIND**

**Overbrook School For The Blind**
6333 Malvern Ave
Philadelphia, PA, 19151

STOUGH, JEFFREY L
20 E OAKLAND AVENUE
APT 2E
DOYLESTOWN, PA, 18901

| Earnings Summary | | |
|---|---|---|
| Gross Pay | Taxes & Deductions | Net Pay |
| **$3,713.41** | **$1,278.58** | **$2,434.83** |
| $32,177.09 YTD | | $21,180.02 YTD |

| Earnings | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 58.2300 | | 3,713.41 | 32,177.09 |

| Payment Method | | |
|---|---|---|
| Checking Account ****3923 | | 2,434.83 |

| Important Information | Help? Call HR/PR 412-848-7006 |
|---|---|
| * Excluded from federal wages. Federal taxable wages this period are:**$3,432.78** | |

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$993.95** | **$8,528.67** |
| Federal Income Tax | 466.13 | 3,955.10 |
| Social Security | 230.10 | 1,993.80 |
| Medicare | 53.81 | 466.29 |
| Pennsylvania Income Tax | 113.94 | 987.28 |
| Philadelphia City NR | 127.37 | 1,103.67 |
| Pennsylvania SUI | 2.60 | 22.53 |
| **Benefits** | **$284.63** | **$2,468.40** |
| 401(a) Pre-Tax | 278.51 | 2,413.32 |
| Dental* | 2.12 | 19.08 |
| Supp Life Ins | 4.00 | 36.00 |

©2023 ADP INC.

| | |
|---|---|
| Advice Number: | 0000002425 |
| Advice Date: | 05/15/2026 |

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID ******

BR    CO    FILE
ME    N4Y    ███

**Earnings Statement**

Page 1 of 1

**OVERBROOK SCHOOL FOR THE BLIND**

**Overbrook School For The Blind**
6333 Malvern Ave
Philadelphia, PA, 19151

| | |
|---|---|
| Pay Period: | 05/16/2026 - 05/31/2026 |
| Pay Date: | 05/29/2026 |
| Basis Of Pay: | Salaried (Semi Monthly) |
| Employee ID: | ███ |

### Earnings Summary

| Gross Pay | Taxes & Deductions | Net Pay |
|---|---|---|
| **$3,713.41** | **$1,278.58** | **$2,434.83** |
| $35,890.50 YTD | | $23,614.85 YTD |

STOUGH, JEFFREY L
20 E OAKLAND AVENUE
APT 2E
DOYLESTOWN, PA, 18901

| Earnings | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 58.2300 | | 3,713.41 | 35,890.50 |

**Payment Method**

| | | |
|---|---|---|
| Checking Account ****3923 | | 2,434.83 |

| Important Information | Help? Call HR/PR 412-848-7006 |
|---|---|
| * Excluded from federal wages. Federal taxable wages this period are:**$3,432.78** | |

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$993.95** | **$9,522.62** |
| Federal Income Tax | 466.13 | 4,421.23 |
| Social Security | 230.10 | 2,223.90 |
| Medicare | 53.81 | 520.10 |
| Pennsylvania Income Tax | 113.94 | 1,101.22 |
| Philadelphia City NR | 127.37 | 1,231.04 |
| Pennsylvania SUI | 2.60 | 25.13 |
| **Benefits** | **$284.63** | **$2,753.03** |
| 401(a) Pre-Tax | 278.51 | 2,691.83 |
| Dental* | 2.12 | 21.20 |
| Supp Life Ins | 4.00 | 40.00 |

©2023 ADP INC.

| | |
|---|---|
| Advice Number: | 0000002684 |
| Advice Date: | 05/29/2026 |

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******